IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENNIE ANDERSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **N0. 13-0903** |
| | : | |
| **WARDEN OF BERKS COUNTY PRISON,** | : | |
| **MR. JOE HERMAN, RESTRICTED** | : | |
| **HOUSING UNIT GUARDS FROM THIRD** | : | |
| **SHIFT and RESTRICTED HOUSING** | : | |
| **UNIT GUARDS FROM FIRST SHIFT** | : | |

## ORDER

**NOW**, this 8th day of March, 2016, upon consideration of the Defendants' Motion for an Enlargement of Time Pursuant to Fed. R. C. P. 6(b) to File Answer With Affirmative Defenses to Plaintiff's Amended Complaint (Document No. 53), the plaintiff's response, and defendants' reply, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that a status conference is scheduled for **Tuesday, March 15, 2016, at 1:30 p.m., in Chambers**.

                                                          /s/Timothy J. Savage
                                                          TIMOTHY J. SAVAGE,  J.